UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Derrick John Hushman,

           Petitioner,          ORDER ADOPTING THE
                                     REPORT AND RECOMMENDATION

vs.

R. L. Morrison, Warden,

           Respondent.          Civ. No. 06-2872 (ADM/RLE)

* * * * * * * * * * * * * * * * *

Before the Court is the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson dated January 4, 2007.  After a review of the files and records herein, and no objections having been filed to said Recommendation, **IT IS ORDERED**:

That the Petition for Writ of Habeas Corpus [Docket No. 1] is granted, in part, as more fully described in the text of the Report and Recommendation dated January 4, 2007.

LET JUDGMENT BE ENTERED ACCORDINGLY.

                                                              s/Ann D. Montgomery

                                                              Ann D. Montgomery, Judge
                                                              United States District Court

DATED: February 9, 2007
At Minneapolis, Minnesota